**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John P McMahon | Social Security number or ITIN xxx–xx–5492 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Karen H McMahon | Social Security number or ITIN xxx–xx–8675 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   13–24936–KCF

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John P McMahon                                              Karen H McMahon

11/16/18                                                   **By the court:** Kathryn C. Ferguson
                                                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-24936-KCF
John P McMahon                                                          Chapter 13
Karen H McMahon
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 16, 2018
                              Form ID: 3180W           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db          #+John P McMahon,    15 Far Hills Avenue,    Far Hills, NJ 07931-2431
jdb         #+Karen H McMahon,   15 Far Hills Avenue,    Far Hills, NJ 07931-2431
cr           +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
514061240    +Barry Lustig,   c/o Border Credit and Collections,    po box 226,    springfield, NJ 07081-0226
514061243     Broder Credit & Collection Service,    28 Millburn Avenue,    PO Box 226,
               Springfield, NJ 07081-0226
514274840    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
514274841    +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk VA 23541-0907
514061251   ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
               Southfield, MI 48034)
514244746     CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
514259286     CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
514061250    +Comcast,   100 Randolph Road,    Somerset, NJ 08873-1384
514061252    +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
514061256    +Eastern Account System,    Po Box 837,   Newtown, CT 06470-0837
514061257   #+Eastern Account System,    75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
514061265    +Michael Harrison,    3155 Route 10 East Suite 214,    Denville, NJ 07834-3430
514061267     Paul Greenberg Charitable Remainder UniT,    c/o Fox Rothschild LLP,
               75 Eisenhow Parkway Suite 200,    Roseland, NJ 07068-1600
514061268     Pay Day Nation,    107 great northern house,    275 Deansgate,    Manchester M3 4el, Unite Kingdom
514061270     State of New jersey,    division of taxation,    75 veterans memorial dr e,
               Somerville, NJ 08876-2949
514218277    +State of New Jersey,    PO Box 245,   Division of Taxation,    Trenton, NJ 08602-0245
514061271    +VFG,   3636 n. central avenue,    suite 140,   Phoenix, AZ 85012-1971
514061255     delaware cash direct,    po box 2780,   Wilmington, DE 19805-0780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2018 00:41:00     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2018 00:40:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514108512    +EDI: BMW.COM Nov 17 2018 05:13:00     BMW Bank of North America,    5550 Britton Parkway,
               Hilliard, OH 43026-7456
514061242     EDI: BMW.COM Nov 17 2018 05:13:00     Bmw Financial Services,    5515 Parkcenter Cir,
               Dublin, OH 43017
514111430    +EDI: AISACG.COM Nov 17 2018 05:13:00     BMW Financial Services NA, LLC,
               c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
514061241    +EDI: BMW.COM Nov 17 2018 05:13:00     Bmw Financial Services,    Attn: Bankruptcy Department,
               5550 Britton Pkwy,    Hilliard, OH 43026-7456
514061247     EDI: CAPITALONE.COM Nov 17 2018 05:13:00     Capital 1 Bank,    Po Box 85520,
               Richmond, VA 23285
514061245    +EDI: CAPITALONE.COM Nov 17 2018 05:13:00     Cap One,   Po Box 30253,
               Salt Lake City, UT 84130-0253
514061244    +EDI: CAPITALONE.COM Nov 17 2018 05:13:00     Cap One,   26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
514061246    +EDI: CAPITALONE.COM Nov 17 2018 05:13:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
               Po Box 30285,   Salt Lake City, UT 84130-0285
514061248    +EDI: RMSC.COM Nov 17 2018 05:13:00     Care Credit,    po box 103104,   Roswell, GA 30076-9104
514061249     EDI: CIAC.COM Nov 17 2018 05:08:00     CitiMortgage,   PO Box 183040,    Columbus, OH 43218-3040
514061254    +EDI: RCSFNBMARIN.COM Nov 17 2018 05:13:00     Credit One Bank,    Po Box 98872,
               Las Vegas, NV 89193-8872
514061253    +EDI: RCSFNBMARIN.COM Nov 17 2018 05:13:00     Credit One Bank,    Po Box 98873,
               Las Vegas, NV 89193-8873
514942350     EDI: IRS.COM Nov 17 2018 05:13:00     Department of the Treasury,    Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
514061259    +EDI: AMINFOFP.COM Nov 17 2018 05:13:00     First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
514061261    +EDI: RMSC.COM Nov 17 2018 05:13:00     Gemb/care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
514061260    +EDI: RMSC.COM Nov 17 2018 05:13:00     Gemb/care Credit,    Attn: bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
514061262    +EDI: HFC.COM Nov 17 2018 05:13:00     Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
514329336     EDI: RESURGENT.COM Nov 17 2018 05:13:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
514061266     EDI: HFC.COM Nov 17 2018 05:13:00     Orchard Bank,    PO Box 17051,   Baltimore, MD 21297-1051
514862143     EDI: PRA.COM Nov 17 2018 05:08:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
514862144     EDI: PRA.COM Nov 17 2018 05:08:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541

```
District/off: 0312-3           User: admin                Page 2 of 2              Date Rcvd: Nov 16, 2018
                               Form ID: 3180W             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514331845         EDI: PRA.COM Nov 17 2018 05:08:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,    Norfolk VA 23541
514290085        +E-mail/Text: csidl@sbcglobal.net Nov 17 2018 00:41:31      Premier BankCard/Charter,
                  Post Office Box 2208,    Vacaville, CA 95696-8208
                                                                                             TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514061258          easy cash - camosun financial services
514061269          payment services
514061264*        +Internal Revenue Service,    3101 Constitution Dr,    Springfield, IL 62704-6729
514061263*        +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
514865206*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                   Norfolk, VA 23541)
514865208*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                   Norfolk, VA 23541)
514865207*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
514865209*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
514333688        ##The Paul Greenberg Charitable Remainder,    UniTrust Dated 10/01/05,    c/o Fox Rothschild LLP,
                  75 Eisenhower Parkway, Suite 200,    Roseland, NJ 07068-1600
                                                                                  TOTALS: 2, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Kirsten B. Ennis    on behalf of Joint Debtor Karen H McMahon pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Kirsten B. Ennis    on behalf of Debtor John P McMahon pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Richard M. Meth    on behalf of Creditor    The Paul Greenberg Charitable Remainder UniTrust Dated
               10/01/05 msteen@foxrothschild.com
                                                                                             TOTAL: 8
```